(June 12, 1967)

In the Matter of JOHN J. QUINN, Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and FRANK S. GANNON, Appellant.

688

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.